UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**MEDSHAPE, INC., TRILLIANT SURGICAL LLC,** *doing business as Enovis Foot and Ankle*, **ENCORE MEDICAL, L.P.,** *doing business as Enovis Foot and Ankle,*

*Plaintiffs,*

v.

**ARTHREX, INC., ARTHREX MANUFACTURING, INC.,**

*Defendants.*

No. 6-24-CV-00151-JKP

## ORDER

Before the Court is the status of this matter.

Several parties in this case filed a form indicating waiver of the right to proceed before a judge of the United States District Court and consent to have the assigned United States Magistrate Judge conduct any and all proceedings in the case, including trial and the entry of judgment pursuant to the provisions of Title 28 U.S.C. Section 636(c) and Federal Rule of Civil Procedure 73. *ECF Nos. 43,90*. These parties include Plaintiffs Medshape, Inc. and Trilliant Surgical LLC d/b/a Enovis Foot and Ankle, and Defendant Arthrex, Inc. These consent forms are ambiguous whether Plaintiff Encore Medical LP d/b/a Enovis Foot and Ankle, and Defendant Arthrex Manufacturing, Inc. are included in these consents.

It is, therefore, ORDERED that within seven (7) days of the date of this Order, parties Arthrex Manufacturing, Inc. and Encore Medical LP d/b/a Enovis Foot and Ankle file the form

"AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" indicating whether these specific parties do or do not consent to have the assigned United States Magistrate Judge conduct any and all proceedings in the case, including trial and the entry of judgment.

It is so ORDERED.
SIGNED this 19th day of May, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE